

FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RANDOLPH, | ) CV 07-3090-RGK (MAN) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND RECOMMENDATIONS |
| SOCIAL SECURITY COMMISSIONER, | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 7/25/08

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE