JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RANDOLPH, | ) NO. CV 07-3090-RGK (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| SOCIAL SECURITY COMMISSIONER, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice

DATED: 7/25/08 .

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE